IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JAMES KITCHING,**

    **Plaintiff,**

v.                                       No. 2:21-cv-00203-KWR-KRS

**DEPUTY WILLIAM GARZA and
DEPUTY DANIEL EDWARDS,**
Otero County Deputy Sheriffs,

    **Defendants.**

## STIPULATED ORDER DISMISSING CLAIMS AGAINST DEPUTY WILLIAM GARZA AND DEPUTY DANIEL EDWARDS

**THIS MATTER** came before this Court on Plaintiff's Unopposed Motion to Dismiss Claims Against Deputy William Garza and Deputy Daniel Edwards (Doc. 32). This Court reviewed the Motion and considered that all parties to this litigation do not oppose the Motion. Accordingly, the Court finds that Plaintiff's Unopposed Motion to Dismiss Claims Against Deputy William Garza and Deputy Daniel Edwards is **WELL-TAKEN** and should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that all claims raised by Plaintiff against Defendants, Deputy William Garza and Deputy Daniel Edwards are hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

                                                            **KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**

**SUBMITTED BY:**

*/s/ Joseph P. Kennedy*
Joseph P. Kennedy
THE KENNEDY LAW FIRM, P.C.
1000 2nd Street NW
Albuquerque, NM 87102
505-244-1400 / F: 505-244-1406
jpk@civilrightslaw.com
*Attorney for Plaintiff*


**APPROVED BY:**

/s/ Nick Autio
NM Local Government Law, LLC
6121 Indian School Road NE, Ste. 202
Albuquerque, New Mexico 87110
(505) 889-0983
nick@nmlgl.com
*Attorney for County Defendants*